IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| REBECCA G. HISE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 5:13cv00037 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | By: Hon. Michael F. Urbanski |
| Commissioner of Social Security, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this day, it is **ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment, Dkt. No. 14, is **DENIED**, that the Commissioner's motion for summary judgment, Dkt. No. 17, is **GRANTED**, that the report and recommendation, Dkt. No. 20, is **ADOPTED in its entirety,** that the Commissioner's final decision is **AFFIRMED**, and that this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: July 18, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge